## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SHAWNA MCDONALD,**

      **Plaintiff,**

**v.**                                      **Case No: 8:18-cv-2585-T-35CPT**

**AFFILIATE ASSET SOLUTIONS, LLC,**

      **Defendant.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 25), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 21st day of March, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party